**O**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STUDIO TRANSPORTATION DRIVERS, TEAMSTERS LOCAL #399, IBT, ON BEHALF OF ITS MEMBERS EMPLOYED BY RUN FOR HER LIFE, LLC., Plaintiff, v. RUN FOR HER LIFE, LLC., Defendant. | CV 09-06088 RSWL (AGRx) **ORDER TO SHOW CAUSE RE: DISMISSAL** |

On November 18, 2009, the Court issued an Order [9] staying this action until the conclusion of arbitration and the issuance of a statement of decision by the arbitrator. On July 21, 2010, Plaintiff Studio Transportation Drivers, Teamsters Local #399 filed a

a Notice of Arbitrator's Findings and Consent Award [10]. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** within ten days of the issuance of this Order as to why this matter should not be dismissed given Plaintiff's filing of a Notice of Arbitrator's Findings and Consent Award [10].

DATED: December 08, 2010

**IT IS SO ORDERED.**

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge