O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Studio Transportation Drivers, Teamsters Local #399, IBT, on Behalf of Its Members Employed by Run For Her Life, LLC<br><br>            Plaintiff,<br><br>     v.<br><br>Run For Her Life, LLC,<br><br>            Defendant. | CV 09-6088 RSWL (AGRx)<br><br>**ORDER Re: PLAINTIFF'S MOTION TO CONFIRM ARBITRATION AWARD [15]** |

   On February 15, 2011, Plaintiff Studio Transportation Drivers, Teamsters Local #399's Motion to Confirm Arbitration Award against Defendant Run For Her Life, LLC was scheduled to come before this Court for regular calendar [15].  Having taken this matter under submission on February 8, 2011, and having reviewed all papers submitted pertaining to this motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**

   Plaintiff's Motion to Confirm Arbitration Award against Defendant Run For Her Life, LLC is **GRANTED.**

1

1 | The Court finds that the Arbitration Award issued
2 | by Arbitrator Frederic Horowitz on January 7, 2011 is
3 | eligible for confirmation under the Federal Arbitration
4 | Act, 9 U.S.C. § 9.  Plaintiff demonstrated that this
5 | Court has independent grounds for subject matter
6 | jurisdiction over this case and Plaintiff has
7 | furthermore fulfilled all other procedural requirements
8 | set forth by the FAA, including venue, notice and
9 | timely filing requirements.  This Court finds that none
10 | of the circumstances listed in Sections 10 and 11 of
11 | the FAA that permit this Court to vacate, modify, or
12 | correct an arbitration award are present in this case.
13 | Accordingly, this Court defers to the Arbitration Award
14 | issued by Arbitrator Horowitz and thereby **GRANTS**
15 | Plaintiff's Motion to Confirm Arbitration Award.

DATED: February 25, 2011

**IT IS SO ORDERED.**

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2