JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Studio Transportation Drivers, Teamsters Local #399, IBT, on Behalf of Its Members Employed by Run For Her Life, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>Run For Her Life, LLC,<br><br>        Defendant. | CV 09-6088 RSWL (AGRx)<br><br>**JUDGMENT** |

On February 15, 2011, Plaintiff Studio Transportation Drivers, Teamsters Local #399's Motion to Confirm Arbitration Award against Defendant Run For Her Life, LLC was scheduled to come before this Court for regular calendar [15].  Having taken this matter under submission on February 8, 2011, and having reviewed all papers submitted pertaining to this motion, the Court enters the following Final Judgment:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff Studio

Transportation Drivers, Teamsters Local #399 in the amount of $70,000 as set forth in the Arbitration Award issued by Arbitrator Horowitz on January 7, 2011.

DATED: February 25, 2011

**IT IS SO ORDERED.**

*RONALD S.W. LEW*
_____

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2